UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRISHNA MURRAY                         JURY TRIAL DEMANDED

v.                                               CASE NO. 3:06CV

EXECUTIVE ACCOUNTS MANAGEMENT LLC
MARTIN MCKENNA

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. In September or October, 2006, defendants communicated with plaintiff in an effort to collect on her personal car loan.

7. Defendants demanded an amounts neither permitted by law nor authorized by the agreement creating the debt.

8. Defendants did not provide the notices required by federal or state law.

FIRST COUNT

9. In the collection efforts, defendants violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

      10. Within three years prior to the date of this action Defendants engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

      11. Defendants committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                                  THE PLAINTIFF

                                                  BY__/s/ Joanne S. Faulkner__
                                                  JOANNE S. FAULKNER ct04137
                                                  123 AVON STREET
                                                  NEW HAVEN, CT 06511-2422
                                                  (203) 772-0395
                                                  j.faulkner@snet.net