UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRISHNA MURRAY

v.                      CASE NO. 3:06CV 1806 (WWE)

EXECUTIVE ACCOUNTS MANAGEMENT LLC
MARTIN MCKENNA

### NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on December 12, 2006, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net